*E-Filed 7/30/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT PRICE MCCOWAN, | No. C 13-0255 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| B. HEDRICK, et al., | |
| Defendants. | |

Plaintiff has failed to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failure to comply with the Court's order and, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. Because this dismissal is without prejudice, plaintiff may move to reopen. Any motion to reopen, however, **must** contain an amended complaint addressing the deficiencies raised in the order dismissing the complaint with leave to amend. Plaintiff's motion to proceed *in forma pauperis* (Docket No. 17) is DENIED as moot, the Court having granted his prior application. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 17, and close the file.

**IT IS SO ORDERED**.

DATED: July 30, 2013

RICHARD SEEBORG
United States District Judge